THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMAINMARKET, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>COMPAÑIA MUNDIAL DE SEGUROS S.A.,<br><br>        Defendant. | No. 2:22-cv-00871-BJR<br><br>STIPULATED MOTION AND ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL |

    Plaintiff DomainMarket, LLC and Defendant Compania Mundial De Seguros S.A. hereby stipulate to entry of judgment and dismissal of this action, as specified below.

    This is a domain name dispute concerning the domain name <segurosmundial.com> (the "Domain Name"), the registration for which has been locked by the registrar, non-party eNom LLC, pursuant to the registrar's terms of service, which incorporate the Uniform Domain Name Dispute Resolution Policy and related terms, which themselves require registrars to lock domain name registrations while formal disputes over ownership are pending.  The parties, through their undersigned counsel, have negotiated a confidential settlement agreement, which fully resolves the parties' dispute concerning the Domain Name and which is consistent with this Stipulation and its terms.

STIPULATED MOTION AND ORDER FOR ENTRY
OF JUDGMENT AND DISMISSAL
(NO. 2:22-CV-00871-BJR) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Based on the foregoing, and good cause having been shown, it is hereby **ORDERED** as follows:

The Clerk of the Court shall enter a Final Judgment in favor of Plaintiff DomainMarket, LLC and against Defendant Compañia Mundial de Seguros S.A. as follows:

1. Plainiff DomainMarket, LLC is the owner of the domain name <segurosmundial.com>;

2. Defendant Compañia Mundial de Seguros S.A. has no further rights against DomainMarket, LLC, or its successors with respect to the ownership of the domain name <segurosmundial.com>;

3. The domain name registrar, Enom, LLC, shall remove the lock on the registration of the domain name <segurosmundial.com> and the registration of the domain name <segurosmundial.com> shall remain in the control of Plaintiff DomainMarket, LLC;

4. This matter shall be dismissed with prejudice; and

5. All attorneys' fees and costs in the action shall be taxed against the party incurring same.

| Plaintiff: | Defendant: |
|---|---|
| **DomainMarket, LLC** | **Compañia Mundial De Seguros S.A.** |
| By: _[signature]_ | By: _Marisol Silva Arbeláez_ |
| Name: Michael Mann | Name: Marisol Silva Arbeláez |
| Title: Manager | Title: Legal Representative |

STIPULATED MOTION FOR ENTRY OF JUDGMENT AND DISMISSAL
(NO. 2:22-CV-00871-BJR) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2
    s/ William C. Rava
       William C. Rava, Bar No. 29948

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
WRava@perkinscoie.com

*Attorneys for Plaintiff*
*DomainMarket, LLC*

STIPULATED MOTION FOR ENTRY OF JUDGMENT
AND DISMISSAL
(NO. 2:22-CV-00871-BJR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT SO ORDERED this 26th day of May, 2024.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION FOR ENTRY OF JUDGMENT
AND DISMISSAL
(NO. 2:22-CV-00871-BJR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

165349232.1